# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148452(80)

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

ZAJUAN NENROD, a/k/a DAQUAN SISTRUNK,
   Defendant-Appellant.

SC: 148452
COA: 308340
Wayne CC: 11-007536-FH

_____/

   On order of the Court, the motion for reconsideration of this Court's March 28, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2014



Clerk

d1117